**DISMISS; and Opinion Filed May 26, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00204-CR
No. 05-15-00206-CR
No. 05-15-00207-CR

**THOMAS JAMES DUNN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-62491-L, F14-57707-L, F14-60871-l**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Brown

Thomas James Dunn was convicted, following the adjudication of his guilt, of possession of methamphetamine in an amount less than one gram and possession of heroin in an amount less than one gram. He was also convicted of a new offense of possession of methamphetamine in an amount less than one gram. Appellant entered negotiated pleas of true to the motions to adjudicate guilt and a negotiated guilty plea to the new methamphetamine offense. The trial court followed the plea agreements and sentenced appellant to fifteen months' confinement in a state jail facility in each case. Appellant waived his right to appeal as part of the plea agreements. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court has certified that appellant has no right to appeal due to the plea agreements and the waiver

of his right to appeal.  *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).[1]

We dismiss the appeals for want of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

150204F.U05

---

[1] Appellant's appeal in a fourth case, 05-15-00205-CR, remains pending.  The record before the Court did not support the trial court's original certification, and the trial court has filed an amended certification that states appellant has the right to appeal.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THOMAS JAMES DUNN, Appellant

No. 05-15-00204-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F13-62491-L.
Opinion delivered by Justice Brown, Chief Justice Wright and Justice Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 26th day of May, 2015.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THOMAS JAMES DUNN, Appellant

No. 05-15-00206-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. F14-57707-L.
Opinion delivered by Justice Brown, Chief
Justice Wright and Justice Stoddart
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 26th day of May, 2015.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THOMAS JAMES DUNN, Appellant

No. 05-15-00207-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F14-60871-L.
Opinion delivered by Justice Brown, Chief Justice Wright and Justice Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 26th day of May, 2015.